ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PRABHJOT SINGH,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.

Defendants.

CASE NO. 2:26-CV-02333-DAD-CKD

STIPULATION TO EXTEND; ~~[PROPOSED]~~ ORDER THEREON

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating his filing of Form I-485, Application to Adjust Status under the Immigration and Nationality Act ("I-485 Petition"). Counsel for Defendants is currently discussing the status of this case with the agency and more time is needed to confirm status and the agency's position. Plaintiff and Counsel for Plaintiff are also in contact regarding the applicable facts and law. Given this status, the parties wish to continue this process for a brief period of two weeks. Accordingly, the parties hereby stipulate that the new date for Defendants to file an answer or other appropriate pleading is October 13, 2026. The parties further request that all other filing deadlines be similarly extended.

///

///

DATED: September 29, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for Defendants

By: */s/ Prabjot Singh (as authorized on September 29, 2026)*
PRABJOT SINGH
Pro Se Plaintiff

**~~[PROPOSED]~~ ORDER**

It is so ordered.

Dated: September 30, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 usa26cv2333.stip.eot